# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-CV-60336-MIDDLEBROOKS

LUIS ARNULFO OCAMPO MARTINEZ,

        Petitioner,

v.

PAM BONDI, et al.,

        Respondents.

_____/

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this case is hereby referred to United States Magistrate Judge Panayotta Augustin-Birch for a Report and Recommendation and to take all action required by law on the Petitioner's Motion for Leave to Supplement Complaint, filed on March 27, 2026. (DE 17).

**SIGNED** in Chambers, at West Palm Beach, Florida, this _18_ day of May, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:

Counsel of Record